# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: August 31, 2017[1]
Refiled in Redacted Form: February 7, 2018

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| JESSICA FUESEL, | \* | Chief Special Master Dorsey |
| | \* | |
| Petitioner, | \* | No. 02-95V |
| | \* | |
| v. | \* | Denial of Entitlement; Measles Mumps & |
| | \* | Rubella ("MMR") Vaccine; Hepatitis A |
| SECRETARY OF HEALTH | \* | ("Hep A") Vaccine; Varicella Vaccine; |
| AND HUMAN SERVICES, | \* | Autistic Disorder ("AD"); Residual |
| | \* | Human DNA Fragments; Insertional |
| Respondent. | \* | Mutagenesis; Autoimmunity. |
| | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

Clifford J. Shoemaker, Shoemaker, Gentry & Knickelbein, Vienna, VA, for petitioners.
Linda Sara Renzi, U.S. Department of Justice, Washington, DC, for respondent.

## DECISION DISMISSING PETITION

On June 18, 2014, petitioners[2] filed a status report in which they agreed to be bound by the ruling in the J.M. et al. (02-10V) case.

On August 31, 2017, the undersigned issued a decision against petitioners in J.M. et al., and a separate decision was issued on the same date dismissing this case.

---

[1] When this decision was originally filed, I advised the parties of my intent to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. §3501 note (2012) (Federal management and Promotion of Electronic Government Services). Although the petitioner did not file a motion for redaction in their case, petitioners in the lead omnibus case, J.M. et al. (02-10V), filed a motion to have their names redacted to initials. This decision is being reissued to reflect that the names of the petitioners in the J.M. et al. case have been redacted to initials. Except for those changes and this footnote, no other substantive changes have been made.

[2] Since the issuing of the original August 31, 2017 Decision, the case caption has been amended to reflect that petitioner has reached the age of majority.

Accordingly, petitioners are bound by that decision, and this case is **DISMISSED**. In the absence of a motion for review,[3] the Clerk of the Court **SHALL ENTER JUDGMENT** in accordance with this decision.

          **IT IS SO ORDERED.**

> s/Nora Beth Dorsey
> Nora Beth Dorsey
> Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' joint filing of notice renouncing the right to seek review.